No. 86–699. ALLEN v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 86–739. KING v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–748. CHUNIE, AKA HERRERA, ET AL. v. RINGROSE ET AL. C. A. 9th Cir. Certiorari denied.

No. 86–752. DLUGOSZ v. OFFICE OF PERSONNEL MANAGEMENT. C. A. Fed. Cir. Certiorari denied.

No. 86–755. STEFAN v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5090. ADAMS v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 86–5201. GRANGER v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 86–5370. VESTER v. MURRAY, DIRECTOR, VIRGINIA DEPARTMENT OF CORRECTIONS. C. A. 4th Cir. Certiorari denied.

No. 86–5387. LAFRAMBOISE v. ALASKA. Ct. App. Alaska. Certiorari denied.

No. 86–5432. WILLIAMS v. ROGERS, WARDEN, ET AL. C. A. 4th Cir. Certiorari denied.

No. 86–5456. ELY v. MORE THAN 20 FBI AGENTS ET AL. C. A. 7th Cir. Certiorari denied.

No. 86–5518. OWENS-EL v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 86–5532. CAPOBIANCHI v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 86–5572. NAJOHN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 86–5652. SUN v. BUSH ET AL. Ct. App. Ga. Certiorari denied.